IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE ALEXANDER WATSON, Reg. No. 70398-019, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-30-WHA ) |
| WALTER WOODS, | ) ) |
| Respondent. | ) |

# **ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the September 17, 2019 Recommendation of the Magistrate Judge (Doc. #30). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The instant 28 U.S.C. § 2241 petition for habeas corpus relief filed by George Alexander Watson is DENIED; and

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 4th day of October, 2019.

                                        /s/ W. Harold Albritton
                                        SENIOR UNITED STATES DISTRICT JUDGE